

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EP HOTEL PARTNERS, LP and SPOKANE EQUITIES LIMITED PARTNERSHIP, LTD., | § § § | No. 08-16-00031-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Court at Law No 5 |
| CITY OF EL PASO, MAYOR OSCAR LEESER, CITY REPRESENTATIVES EMMA ACOSTA, CARL L. ROBINSON, MICHIEL R. NOE, COURTNEY C. NILAND, ANN MORGAN LILLY, LARRY ROMERO, CLAUDIA ORDAZ, LILY LIMON, and EP VIDA, LLC, | § § § § | of El Paso County, Texas (TC# 2014DCV0727) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF AUGUST, 2017.


GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.